IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**SUSIE GUTIERREZ,**

    **Plaintiff,**

**v.**                                                                                                  **No. 21-cv-1035 KRS/SMV**

**FABIAN ORNELAS and CHEVRON U.S.A., INC.,**

    **Defendants.**

### ORDER DIRECTING DEFENDANT CHEVRON TO FILE THE STATE COURT RECORD

THIS MATTER is before the Court sua sponte. Defendant Chevron removed this action from state court on October 26, 2021. [Doc. 1]. Within 28 days of removal, or by November 23, 2021, Defendant Chevron was required to file with this Court "legible copies of records and proceedings from the state court action." D.N.M.LR-Civ. 81.1(a). It has not done so.

Although Defendant Chevron reports that it filed its Answer on August 25, 2021, [Doc. 1] at 1, that pleading has not been filed on the docket in this Court. Similarly, because the state court record has not been filed on the docket in this Court, it is unclear what actions (if any) Plaintiff has taken to serve Defendant Ornelas.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant Chevron file the records and proceedings from the state court action on the docket in this Court not later than **January 4, 2022**.

**IT IS SO ORDERED.**

                                                                                        **STEPHAN M. VIDMAR**
                                                                                        **United States Magistrate Judge**