**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**SUSIE GUTIERREZ,**

    **Plaintiff,**

**v.**                                                                                                          **No. 21-cv-1035 KRS/SMV**

**FABIAN ORNELAS and CHEVRON U.S.A., INC.,**

    **Defendants.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed her Complaint in state court on July 27, 2021. [Doc. 1-2] at 1–11. Defendant Chevron removed this action from state court on October 26, 2021. [Doc. 1]. Plaintiff had 90 days from removal, or until January 24, 2022, to effect service of process. *See Wallace v. Microsoft Corp.*, 596 F.3d 703, 706–07 (10th Cir. 2010); Fed. R. Civ. P. 4(m) (2015). There is no indication on the record, which includes the state-court record, [Doc. 4], that service of process has been effected with respect to the Defendant Ornelas.

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why her claims against Defendant Ornelas should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995). Plaintiff must file her response no later than **March 3, 2022**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**