### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEW MEXICO

SUSIE GUTIERREZ,

     **Plaintiff,**

v.                                                                    **No. 21-cv-1035 KRS/SMV**

FABIAN ORNELAS and
CHEVRON U.S.A., INC.,

     **Defendants.**

### <u>ORDER SETTING STATUS CONFERENCE</u>

**Date and time**:     May 16, 2022, at 11:00 a.m. MDT

**Matter to be heard**:   Status Conference

     A telephonic Status Conference is hereby set for **May 16, 2022, at 11:00 a.m. MDT.**

Counsel should be prepared to discuss whether the Court has subject matter jurisdiction over this

matter under 28 U.S.C. § 1332(a). Specifically, Counsel for removing Defendant Chevron must

be prepared to address the citizenship of Defendant Ornelas at the time Plaintiff's complaint was

filed in state court and at the time the matter was removed to this Court.

     Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code:**

**4382538)**, to connect to the proceedings.

     **IT IS SO ORDERED.**

 

                                           _____

                                           **STEPHAN M. VIDMAR**
                                           **United States Magistrate Judge**