# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**SUSIE GUTIERREZ,**

    **Plaintiff,**

v.                                                                                No. 21-cv-1035 JCH/SMV

**FABIAN ORNELAS and**
**CHEVRON U.S.A., INC.,**

    **Defendants.**

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PF&RD") [Doc. 22], issued on July 15, 2022. The Honorable Stephan M. Vidmar, United States Magistrate Judge, found that the record did not show, by a preponderance of the evidence, that Defendant Ornelas's citizenship was different from Plaintiff's when Plaintiff filed the Complaint and when Defendant Chevron filed its Notice of Removal. *Id.* Such a showing is required to establish this Court's subject-matter jurisdiction under 28 U.S.C. § 1332(a). Accordingly, Judge Vidmar recommended this matter be remanded to the Fourth Judicial District Court for the State of New Mexico for lack of subject-matter jurisdiction. No party objected to the PF&RD,[1] and the time for doing so has passed.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 22] be **ADOPTED**;

---

[1] Defendant Chevron filed a "Notice of Clarification" on July 20, 2022, explaining that Defendant Ornelas had not been an employee since August 16, 2018. [Doc. 24]. This is clarification does not have any material bearing on the PF&RD.

Defendant Chevron's request for leave to conduct jurisdictional discovery be **DENIED**; and this matter be **REMANDED** to the Fourth Judicial District Court for the State of New Mexico for lack of subject-matter jurisdiction..

    **IT IS SO ORDERED.**

                                                 SENIOR UNITED STATES DISTRICT JUDGE